UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10010-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS GARCIA-CORDERO,

    Defendant.

_____

### ORDER ON *NEBBIA* REQUIREMENT

THIS CAUSE is before the Court sua sponte. On April 4, 2008, the undersigned set bond in the amount of $50,000 Corporate Surety. The Government informed the Court at the initial appearance on April 4, 2008, that it is satisfied that the money and or property which will be utilized to post this bond was not derived from any illegal source. Based on the Government's representation, the undersigned finds that the *Nebbia* requirement has been met.

DONE AND ORDERED in the Southern District of Florida, this 4th day of April, 2008.

                                             LURANA S. SNOW
                                             UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA H. Ron Davidson (MIA)
Joaquin Perez, Esq.