UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-10010-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELINER CAMARGO-OTANO, et al.,

    Defendants.
_____

### **O R D E R**

THIS CAUSE is before the Court on defendant **Jesus Garcia-Cordero's** Motion to Amend Conditions of Release by Substituting Collateral (DE 31). The Government filed a response to the motion stating they do not oppose the motion. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The property located at 1418 McArthur Avenue, Lehigh Acres, Florida, as noted in Paragraph 4 of the Affidavit (DE 32-2) signed by the bondsman, can be substituted as collateral to secure the defendant's bond which was set at $50,000.00 CSB w/Nebbia.

DONE AND ORDERED at Fort Lauderdale, Florida, this 29th day of October, 2008.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ron Davidson (MIA)
Joaquin Perez, Esq.